John A. Piskora (JP-1224)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
212-407-4000

*Attorneys for Petitioner*

# 07 CV 11447

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
POAP CORP. d/b/a EXCHANGE PLACE,

          Petitioner,

       -against-

ADEXIAL LLC.,

          Respondent.
-----------------------------------------------------------X

No.: _____

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the judges and magistrate judges of the Southern District of New York to evaluate possible disqualification or recusal, the undersigned attorney of record for Petitioner POAP Corp. d/b/a Exchange Place certifies it has the following parents, subsidiaries or affiliates that are publicly held: None.

Dated: December 20, 2007
       New York, New York

                              LOEB & LOEB LLP

                              By: _____
                              John A. Piskora (JP-1224)
                              345 Park Avenue
                              New York, New York 10154-0037
                              Telephone: (212) 407-4000
                              Facsimile: (212) 407-4990

                              *Attorneys for Petitioner*

NY693571.1
205552.10002