# AFFIDAVIT OF SERVICE

State of NEW YORK                County of SOUTHERN                District Court

Index Number: 07-CV-11447
Date Filed: _____

Petitioner:
POAP CORP., ET AL

vs.

Respondent:
ADEXIAL, LLC

For:
John A. Piskora
345 Park Avenue
New York, NY  10154

Received by SOUTH FLORIDA LEGAL SERVICES OF NAPLES on the 6th day of March, 2008 at 8:35 am to be served on **ADEXIAL, LLC C/O CDS, 3030 HORSESHOE DRIVE SOUTH, SUITE 200, NAPLES, FL 34104**.

I, Dexter MCGONIGAL, being duly sworn, depose and say that on the 6th day of March, 2008 at 11:52 am, I:

SERVED A COPY OF THE NOTICE OF PETITION TO CONFIRM ARBITRATION AWARD, PETITION TO CONFIRM ARBITRATION AWARD ALONG WITH EXHIBITS A-B, DECLARATION OF SHELLY ELIMELEKH IN SUPPORT OF PETITIONER'S MOTION ALONG WITH EXHIBITS 1-5, PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CONFIRM AN ARBITRATION AWARD with the date and hour endorsed thereon by me to LOWELL FISHER as Records Custodian.

I am over the age of eighteen, and have no interest in the above action.

Subscribed and Sworn to before me on the 11th day
of March, 2008 by the affiant who is personally known
to me.

NOTARY PUBLIC

GAIL E. SWAYZE
MY COMMISSION # DD 899656
EXPIRES: September 14, 2011
Bonded Thru Budget Notary Services

Dexter MCGONIGAL
Process Server

SOUTH FLORIDA LEGAL SERVICES OF NAPLES
P.O. Box 2647
Ft. Myers, FL  33902-2647
(239) 332-7000

Our Job Serial Number: 2008016010

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2j