UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

POAP CORP. d/b/a EXCHANGE PLACE,

    Plaintiff,

- against -

ADEXIAL LLC,

    Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

MEMORANDUM ORDER

07 Civ. 11447 (PKL)

**LEISURE, District Judge:**

Plaintiff Poap Corp. d/b/a Exchange Place ("Poap") petitions the Court to confirm an arbitration award issued on November 15, 2007. "The confirmation of an arbitration award is a summary proceeding that merely makes what is already a final arbitration award a judgment of the court." Florasynth Inc. v. Pickholz, 750 F.2d 171, 176 (2d Cir. 1984). Poap's petition, which is unopposed by defendant Adexial LLC, is hereby GRANTED.

SO ORDERED.
New York, New York
April 14, 2008

                                                /s/ Peter K. Leisure
                                                U.S.D.J.